# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

**JEFFERY RUFFIN**                                                                         **PLAINTIFF**

**v.**                                                                                     **No. 2:06CV121-M-A**

**DESOTO COUNTY JAIL, ET AL.**                                                             **DEFENDANTS**

## MEMORANDUM OPINION

This matter comes before the court on the *pro se* prisoner complaint of Jeffery Ruffin, who challenges the conditions of his confinement under 42 U.S.C. § 1983, as well as the pending motion to proceed *in forma pauperis*. For the purposes of the Prison Litigation Reform Act, the court notes that the plaintiff was incarcerated when he filed this suit. The plaintiff has not described the facts and circumstances surrounding this case; indeed, the portion of the form complaint set aside for that purpose is completely blank. As such, the instant case shall be dismissed with prejudice for failure to state a claim upon which relief could be granted, and the pending motion to proceed *in forma pauperis* shall be denied. A final judgment consistent with this memorandum opinion shall issue today.

**SO ORDERED,** this the 28th day of July, 2006.

                                                            **/s/ Michael P. Mills**
                                                         **UNITED STATES DISTRICT JUDGE**